PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rashawn Timothy Welcome            Cr.: 12-00714-001
                                                                                                            PACTS #: 17618

**Name of Sentencing Judicial Officer:** Honorable James R. Spencer
                                                      United States District Judge
                                                      (Eastern District of Virginia, Docket No. 97-00131-001)

**Name of Newly Assigned Judicial Officer:** Honorable William H. Walls
                                                      United States District Judge
                                                      (Jurisdiction transferred effective October 23, 2012)

Original Offense: Possession with Intent to Distribute Cocaine Base

Date of Original Sentence: 10/09/97

Original Sentence: Imprisonment - 235 months; Supervised Release - 60 months; Special Assessment - $100

Order for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) (06/19/08): Imprisonment - Reduced to 188 months. All previously imposed provisions of the Judgment dated 10/09/97 shall remain in effect.

<u>Type of Supervision: Supervised Release</u>                          <u>Date Supervision Commenced: 12/08/11</u>

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>      <u>Nature of Noncompliance</u>

1.            The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

                  Specifically, on April 10, 2013, the offender was arrested by the New Brunswick, New Jersey, Police Department and charged with theft. He was also the subject of the issuance of a temporary restraining order. These matters stem from ongoing problems between the offender and a former paramour, for which he adamantly denies his guilt and intends to plead not guilty. The case remains under investigation and has been referred for Grand Jury proceedings. No further court date has been set at this time.

U.S. Probation Officer Action:

At this point in time, the offender shall remain under the close scrutiny of the undersigned officer. The domestic nature of this situation has called into question the culpability of both parties, and further

PROB 12A - Page 2
Rashawn Timothy Welcome

investigation is needed. We will follow the case disposition and inform the Court immediately of any additional information as the circumstances arise. We would request that the Court take no action at this time.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 04/16/13

[✓] The Court Concurs with the Above Recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date